UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
SANDRA A. JUNE,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No.
08-0377

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened to the Court by Peter L. Walton, Esq. for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412) (EAJA), and it appearing that GLENN T. SUDDABY, United States Attorney, and Dennis J. Canning, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of Three Thousand Eighteen Dollars and Ninety-eight Cents ($3,018.98) in EAJA plus Three Hundred and Fifty Dollars ($350) in costs, the Court having reviewed the record in this matter;

IT IS on this 21st day of July, 2008;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of Three Thousand Eighteen Dollars and Ninety-eight Cents ($3,018.98) in EAJA plus Three Hundred and Fifty Dollars ($350) in costs and that the fee and costs be paid to plaintiff's

counsel pursuant to plaintiff's waiver of direct payment.



The undersigned hereby consent to the form and entry of the within order.

        GLENN T. SUDDABY
        United States Attorney

By:   /s/ *Dennis J. Canning*
        Dennis J. Canning
        Special Assistant U.S. Attorney
        Bar No. 513652

        CONBOY, McKAY, BACHMAN & KENDALL, LLP

By:   /s/ *Peter L. Walton*
        Peter L. Walton
        Attorney for Plaintiff

SO ORDERED

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE